1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11    GARY CECIL,                          Case No. CV 14-1671 RGK (SS)

12                    Petitioner,

13         v.                                        **JUDGMENT**

14    DANIEL PARAMO, Warden,

15                    Respondent.

16

17

18         Pursuant to the Court's Order Accepting Findings, Conclusions

19    and Recommendations of United States Magistrate Judge,

20

21         IT IS HEREBY ADJUDGED that the above-captioned action is

22    dismissed with prejudice.

23

24    DATED: March 09, 2015

25                                          _Gary Klausner_

26                                          _____
                                            R. GARY KLAUSNER
27                                          UNITED STATES DISTRICT JUDGE

28